IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY L. MOSS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROANOKE POLICE DEPT., et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 3:16-CV-660-MHT |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

In this 42 U.S.C. § 1983 action, Timothy L. Moss, a county inmate, complains that officers of the Roanoke Police Department used excessive force to effectuate his arrest on May 29, 2016Moss names the Roanoke Police Department as one of the defendants in this cause of action.

A city police department "is not a legal entity and, therefore, is not subject to suit or liability under section 1983." *Dean v. Barber*, 951 F.2d 1210, 1214 (11th Cir. 1992). In light of the foregoing, the court concludes that the claims lodged against the Roanoke Police Department are due to be dismissed in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii) for failing to state a claim against this defendant on which relief may be granted. *Id*.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that:

1. The plaintiff's claims against the Roanoke Police Department be summarily dismissed with prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii).

2.  The Roanoke Police Department be dismissed as a defendant in this cause of action.

3. This case, with respect to the plaintiff's claims against Marquise L. Watkins and Jonathan C. Jones, be referred back to the undersigned for further appropriate proceedings.

The plaintiff may file objections to this Recommendation on or before August 29, 2016.  Any objections filed must specifically identify the factual findings and legal conclusions in the Magistrate Judge's Recommendation to which the plaintiff objects. Frivolous, conclusive or general objections will not be considered by the District Court.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar a party from a *de novo* determination by the District Court of factual findings and legal issues covered in the report and shall "waive the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions" except upon grounds of plain error if necessary in the interests of justice. 11th Cir. R. 3-1; *see Resolution Trust Co. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993); *Henley v. Johnson*, 885 F.2d 790, 794 (11th Cir. 1989).

DONE, on this the 15th day of August, 2016.

/s/ Susan Russ Walker
Susan Russ Walker
Chief United States Magistrate Judge