IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY L. MOSS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:16cv660-MHT |
| | ) | (WO) |
| ROANOKE POLICE DEPARTMENT, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff filed this lawsuit complaining about being subjected to excessive force during his arrest.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's claims against defendant Roanoke Police Department be dismissed with prejudice.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 29th day of September, 2016.

                                       /s/ Myron H. Thompson
                                       **UNITED STATES DISTRICT JUDGE**