IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
TIMOTHY L. MOSS,                )
                                )
    Plaintiff,                  )
                                )   CIVIL ACTION NO.
    v.                          )      3:16cv660-MHT
                                )          (WO)
ROANOKE POLICE DEPARTMENT,      )
et al.,                         )
                                )
    Defendants.                 )
```

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 5) is adopted.

(2) Plaintiff's claims against defendant Roanoke Police Department are dismissed with prejudice.

(3) Defendant Roanoke Police Department is terminated as a party to this case.

It is further ORDERED that no costs are taxed.

This case is not closed, and is referred back to the Magistrate Judge for further proceedings.

DONE, this the 29th day of September, 2016.

                                        /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**